**No. 46533.**—Protests 987737–G, etc., of Lamborn & Co. et al. (Milwaukee, etc.).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46534.**—Petition 6186–R of A. F. Cofod & Co., Inc. (New York).

Opinion by Cline, J. The petition was dismissed.

OCTOBER 31, 1941

**No. 46535.**——Protests 981907–G, etc., of Sears, Roebuck & Co. Abstract 46334. Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 5, 1941

**No. 46536.**—Petitions 6152–R, etc., of Arkell Safety Bag Co. et al. (New York).

Opinion by Oliver, P. J. These duress entries were made under the test case (*Arkell Safety Bag Co.* v. *United States*, Reap. Dec. 4670) and additional duties were assessed. From an examination of the record and a consideration of the facts the court was satisfied that when these entries were made there was no intention to defraud the revenue of the United States, conceal or misrepresent the facts, or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.

**No. 46537.**—Protest 854–K of Goldfarb Novelty Co. (New York).

Opinion by Walker, J. The sample was found to consist of a small base, approximately $1\frac{1}{2}$ inches by 3 inches, on which a miniature representation of a slide is erected, small figures of kittens being fastened to the base and slide in various positions showing them engaged in climbing the ladder to the slide, sliding, etc. There is nothing movable about the articles. A witness for the plaintiff testified that the articles are used as ornaments on shelves or china closets and are not used for the amusement of children. This was corroborated by the sample. In accordance therewith the merchandise was held dutiable as a manufacture in chief value of celluloid at 60 percent under paragraph 31 as claimed.

**No. 46538.**—Protests 864797–G, etc., of D. Cracchiolo et al. (New York).

Opinion by Walker, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.